FILED

Feb 19 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 14–165 YGR (DMR) |
|---|---|
| Plaintiff, | **RELEASE ORDER** |
| v. | |
| ROWENA UBONGEN BACA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Rowena Ubongen Baca be released from the custody of the United States Marshal, Santa Rita Jail, forthwith. All Supervised Release conditions remain in effect. Ms. Baca shall appear before The Hon. Yvonne Gonzalez Rogers, United States District Judge, on Thursday, March 27, 2025 at 3:00 pm for a status hearing. Ms. Baca is ordered to participate in electronic monitoring as requested by Probation and is to report to the U.S. Probation Office between 10:30 am and 12:30 pm on Thursday, February 20, 2025. Ms. Baca is ordered to abide by a curfew as set by Probation. All additional Supervised Release terms, including the term that Ms. Baca participate in treatment, are to remain in effect.

IT IS SO ORDERED.

February 19, 2025
Dated



_____
HON. DONNA M. RYU
United States Chief Magistrate Judge